UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NEILEIGH REGETS,

      Plaintiff,                               CIVIL ACTION NO. 11-11746

                                          DISTRICT JUDGE SEAN F. COX

      v.                                      MAGISTRATE JUDGE MARK A. RANDON

CITY OF PLYMOUTH, et al.,

      Defendants.
_____/

## ORDER DENYING PLAINTIFF'S MOTION IN LIMINE (DKT. NO. 36)

This matter is before the Court on Plaintiff's Motion in Limine to Exclude Christopher Kish's Statement (Dkt. No. 36). Defendants filed a response (Dkt. No. 38), Plaintiff's replied (Dkt. No. 42), and Defendants filed a sur-reply (Dkt. No. 48). The Court heard oral argument on December 13, 2012.

For the reasons stated on the record, Plaintiff's motion is **DENIED**.

    **IT IS ORDERED**.

                                                      s/Mark A. Randon
                                                      MARK A. RANDON
                                                      UNITED STATES MAGISTRATE JUDGE

Dated: December 13, 2012

*Certificate of Service*

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, December 13, 2012, by electronic and/or first class U.S. mail.*

                                         *s/Melody R. Miles*
                                         *Case Manager to Magistrate Judge Mark A. Randon*
                                         *(313) 234-5540*